APPEAL No. 73-33. STATE *v.* LEO JOSEPH DESROCHES. Motion of Inmate Legal Assistance Program for leave to file brief

and argue as amicus curiae is granted. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *R. Raymond Greco,* Special Asst. Attorney General, for plaintiff. *Leo Joseph Desroches,* pro se, *Raymond P. Veary, Jr.,* Staff Attorney, Inmate Legal Assistance Program, amicus curiae.